Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1036

ADVANCEME, INC.,

Plaintiff-Appellant,

v.

RAPIDPAY, LLC,

Defendant,

and

MERCHANT MONEY TREE, INC. and REACH FINANCIAL, LLC,

Defendants-Appellees.

Michael N. Edelman, Paul, Hastings, Janofsky & Walker LLP, of Palo Alto, California, argued for plaintiff-appellant. With him on the brief was Ronald S. Lemieux. Of counsel was Douglas E. Olson. Of counsel on the brief was Parris J. Sanz, Capital Access Network, Inc., of Scarsdale, New York.

Willem G. Schuurman, Vinson & Elkins L.L.P., of Austin, Texas, argued for defendants-appellees. With him on the brief were Brian K. Buss, Joseph D. Gray, Graham E. Sutliff, and R. Floyd Walker.

Appealed from: United States District Court for the Eastern District of Texas

Judge Leonard Davis

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1036

ADVANCEME, INC.,

Plaintiff-Appellant,

v.

RAPIDPAY, LLC,

Defendant,

and

MERCHANT MONEY TREE, INC. and REACH FINANCIAL, LLC,

Defendants-Appellees.

# Judgment

ON APPEAL from the    United States District Court for the Eastern District of Texas

in CASE NO(S).    6:05-CV-424

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, <u>Circuit Judge</u>, PLAGER, <u>Senior Circuit Judge</u>, and SCHALL, <u>Circuit Judge</u>).

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 15, 2008        /s/ Jan Horbaly
                           Jan Horbaly, Clerk